

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

February 22, 2023

**By Email**
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Justin Ledgister*, 23 Mag. 1220

Dear Judge Davison,

In light of the presentment today of the defendant, Justin Ledgister, in the above-referenced matter, the Government respectfully requests that the complaint be unsealed.

So Ordered 2/22/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____
Ben Arad
Assistant United States Attorney
(914) 993-1907